**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:05-cv-244**

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **Joseph W. Rash,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on its own motion following the United States' Status Report (Doc. # 8) filed on January 24, 2007. In the status report, the United States notes that on January 19, 2007, Mr. Rash filed a Chapter 13 bankruptcy, case number 07-50053. Given Defendant's Chapter 13 bankruptcy proceeding, a <u>stay</u> will be issued and this action will be <u>administratively closed</u>.

**IT IS, THEREFORE, ORDERED** that this civil action is hereby **STAYED** pending resolution of the bankruptcy proceedings in the U.S. Bankruptcy Court *(Case No.:07-50053)*.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to remove this action as a statistically pending matter as outlined in Volume XI, Chapter V of the *Guide to Judiciary Policies and Procedures*. Plaintiff is advised that if relief is still sought from this Court at the conclusion of Defendant's bankruptcy proceedings, a motion requesting that the case be reopened should be submitted.

Signed: April 7, 2011

Richard L. Voorhees
United States District Judge