# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### Case No. 5:05CV244

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| JOSEPH W. RASH, | ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

A default having been entered against the defendant, and counsel for the plaintiff having requested judgment by default against the defendant, having filed a proper declaration all in accordance with Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure;

Judgment by default is rendered in favor of the plaintiff, the United States of America, and against the defendant, Joseph W. Rash, in the total amount of $56,204.29, which includes the principal amount of $40,830.20, plus $15,374.09 in accrued interest through August 1, 2011, and continuing to accrue until date of judgment herein at the rate of 5.5% per annum. The plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt.

Signed: August 9, 2011

Frank G. Johns, Clerk
United States District Court