# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:05-CV-00244-RLV-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| JOSEPH W. RASH, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's pro se "Motion for Hearing" (document # 24) filed July 24, 2015 and Defendant's pro se "Motion for USDA and US Department of Justice to turn over proof of what the cattle and equipment brought during bankruptcy" (document #27) filed August 21, 2015. The Government filed a Response (document #28) to the Motions on August 28, 2015.

This matter was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and the Motions are ripe for determination.

For the reasons stated in the Government's Response, the Court will deny Defendant's pro se Motions. Defendant has not challenged the Government's compliance with statutory requirements in seeking the Writ. Defendant also failed to file a valid request for exemptions or challenge the validity of the Writ. Consequently, he is not entitled a hearing.

**NOW THEREFORE IT IS ORDERED**:

1. Defendant's pro se "Motion for Hearing" (document # 24) filed July 24, 2015 and "Defendant's pro se Motion for USDA and US Department of Justice to turn over proof of what the cattle and equipment brought during bankruptcy" (document #27) filed August 21, 2015 are **DENIED**.

2. The Clerk is directed to send copies of this Memorandum and Order to counsel for the Government, to pro se Defendant; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: September 18, 2015

David S. Cayer
United States Magistrate Judge